UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROY ANTHONY BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-04-329 |
| | § | |
| BROOKS COUNTY DETENTION | § | |
| CENTER, *et al*, | § | |
| | § | |
| Defendant. | § | |

## ORDER TO CHANGE STYLE OF THE CASE

According to plaintiff, unless his mail is addressed to John Doe, he cannot receive it. Pursuant to the instructions of the plaintiff (D.E. 82), the Clerk shall amend the style of the case to John Doe, a/k/a Roy Anthony Brown, #31532179 v. Brooks County Detention Center, et al, Plaintiff's current mailing address is: FTC-Chickasha, 215 N. 3rd Street, Chickasha, Oklahoma 73018. Plaintiff is reminded that he must mail a copy of all pleadings he files with the court to all defense counsel of record, and he must include a certificate of service stating that he has mailed his pleadings to defense counsel. Fed. R. Civ. P. 5; LR5.3. Failure to comply may result in the striking of plaintiff's pleadings without notice.

The Clerk shall re-send to plaintiff Instrument #84, the order denying his motion to appoint counsel.

ORDERED this 21st day of October, 2005.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE