UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN DOE, A/K/A ROY ANTHONY BROWN, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-04-329 |
| | § | |
| BROOKS COUNTY DETENTION CENTER, *et al*, | § § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING MOTIONS TO COMPEL

Pending are defendants' motion to compel plaintiff to answer interrogatories (D.E. 103, 104).  Plaintiff has not filed a response.  According to the Local Rules for the Southern District of Texas, failure to file a response is to be taken as a representation that the party is not opposed to the granting of the relief requested.  LR7.4.  Moreover, plaintiff has failed to offer any reasons or cite any authority for why he should not be required to answer the interrogatories.  Accordingly, the motions to compel (D.E. 103, 104) are granted.

On or before **Tuesday, February 28, 2006**, plaintiff shall return to counsel for defendants his completed, signed, and notarized answers to interrogatories.  If plaintiff does not have access to a notary, he may sign his interrogatories under penalty of perjury as provided in 28 U.S.C. § 1746.

Failure to comply will subject plaintiff to sanctions, which may include the payment of monetary sanctions, attorneys fees, and dismissal.

ORDERED this 30th day of January, 2005.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE