IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOHN DOE, A.K.A. § | |
| ROY ANTHONY BROWN § | |
| § | |
| V. § | C.A. NO. C-04-329 |
| § | |
| BROOKS COUNTY DETENTION § | |
| CENTER, ET AL. § | |

## AMENDED COLLECTION ORDER

Proceeding *pro se*, plaintiff filed this lawsuit pursuant to 42 U.S.C. § 1983. On July 30, 2004, plaintiff was granted leave to proceed *in forma pauperis* and a collection order was entered (D.E. 9). On December 22, 2005, an order was entered reflecting plaintiff's change of address (D.E. 98).

The court **ORDERS** that:

1. The plaintiff shall pay **$99.00**, the balance of the full filing fee, in monthly installments to the United States District Court as provided in 28 U.S.C. § 1915(b)(1).

2. The institution having custody of plaintiff shall deduct 20% of each deposit made to the plaintiff's inmate trust account and forward payments to the United States District Court on a regular basis provided the account exceeds $10.00.  28 U.S.C. § 1915(b)(2).

3. The plaintiff shall sign all consents and other documents required by the agency having custody of plaintiff to authorize the necessary withdrawal from the plaintiff's inmate trust account.

4. The plaintiff must notify the Court of any change of address by filing a written notice of change of address with the Clerk.  Failure to file such notice may result in this case being dismissed for want of prosecution.

5.	The Clerk of Court will send a copy of this Order to the Inmate Accounting Officer and Paralegal Specialist, USP Pollock, P.O. Box 2099, Pollock, LA 17467.

ORDERED this 17th day of May, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE