IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN DOE a/k/a ROY ANTHONY BROWN § | | |
| REG. NO. 31532-179 § | | |
| V. § | C.A. NO. C-04-329 | |
| § | | |
| BROOKS COUNTY DETENTION § | | |
| CENTER, ET AL. § | | |

**FINAL JUDGMENT**

Pursuant to the order granting defendants' motions for summary judgment, plaintiff's claims are dismissed with prejudice. This is a Final Judgment.

ORDERED this 25th day of May, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE