IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN DOE a/k/a ROY ANTHONY BROWN, <br> REG. NO. 31532-179, <br> V. <br> <br> BROOKS COUNTY DETENTION CENTER, ET AL. | § <br> § <br> § <br> § <br> § <br> § <br> § | C.A. NO. C-04-329 |

**<u>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL</u>**

Plaintiff-appellant has properly applied to proceed *in forma pauperis* on appeal (D.E. 144). The motion is granted and the following orders are entered:

1. The Clerk shall file the Appellant's notice of appeal without prepayment of the appellate filing fee.

3. The plaintiff-appellant shall pay **$455.00**, the appellate filing fee, in monthly installments to the United States District Court as provided in 28 U.S.C. § 1915(b)(1).

4. The Bureau of Prisons shall deduct 20% of each deposit made to the plaintiff's inmate trust account and forward payments to the United States District Court on a regular basis provided the account exceeds $10.00.

5. The plaintiff-appellant shall sign all consents and other documents required by the agency having custody of plaintiff-appellant to authorize the necessary withdrawal from the plaintiff-appellant's inmate trust account.

6.       The Clerk of the Court shall send a copy of this Order to the **Inmate Accounts Manager, USP-Pollock, Post Office Box 2099, Pollock, Louisiana 71467.**

ORDERED this 18th day of July, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE